David M. Poore, SBN 192541
Scott A. Brown, SBN 177099
BROWN | POORE LLP
1350 Treat Blvd., Suite 420
Walnut Creek, California 94597
Telephone:    (925) 943-1166
dpoore@bplegalgroup.com

James Mills, SBN 203783
LAW OFFICES OF JAMES MILLS
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone:    (510) 521-8748
Facsimile:    (510) 277-1413
james@jamesmillslaw.com

Attorneys for Plaintiffs
ANTHONY LOZANO
KEITH YANAGI

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY LOZANO; KEITH YANAGI, <br><br> Plaintiffs, <br><br> v. <br><br> SAN FRANCISCO 49ERS, LTD; JED YORK; and DOES 1 through 50, inclusive, <br><br> Defendants. | **Case No.  3:15-CV-00016 TEH** <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FOR A PERIOD OF 45 DAYS** <br><br><br> Date:   April 13, 2015 <br> Time:  1:30 p.m. <br> Courtroom 12, 19th Floor <br> Hon. Thelton E. Henderson <br><br> **Complaint Filed:  January 2, 2015** |

-1-
STIPULATION AND PROPOSED ORDER CONTINUING INITIAL CMC
LOZANO ET AL V. SAN FRANCISCO FORTY-NINERS

1   PLEASE TAKE NOTICE that the parties to this action, Plaintiffs ANTHONY LOZANO and KEITH YANAGI, and Defendants SAN FRANCISCO 49ERS and JED YORK, hereby STIPULATE to continuing the Initial Case Management Conference ("CMC"), presently set for April 13, 2015, at 1:30 p.m., in Courtroom 12, 19th Floor, for a period of 45 days.

There exists good cause in which to re-set the CMC, as the Defendants agreed to waive service and therefore have not yet filed a responsive pleading, thereby showing that the case is not yet at issue, and legal counsel for the parties are presently engaging in an informal exchange of information and documents, so that the parties can engage in a meaningful early analysis of each side's respective positions.  The parties anticipate that the Defendants will file a responsive pleading on May 18, 2015, if necessary.  The parties are not making this request for the purpose of any undue delay, and no party would suffer any prejudice if this stipulation was granted.

IT IS HEREBY STIPULATED between the parties that the Initial CMC be continued for a period of approximately 45 days.

SO STIPULATED.

Dated: April 9, 2015

/s/ Sean Kundu
SEAN KUNDU, ESQ.
LEGAL COUNSEL
SAN FRANCISCO 49ERS
Attorneys for Defendants

Dated: April 9, 2015

/s/ David M. Poore
DAVID M. POORE
SCOTT A. BROWN
BROWN POORE LLP
Attorneys for Plaintiffs

# [PROPOSED] ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the Initial Case Management Conference, presently set for April 13, 2015, at 1:30 p.m., in Courtroom 12, 19th Floor, shall be continued until _____May 18_____, 2015, at 1:30 p.m., in Courtroom 12, 19th Floor. The parties are ordered to file a Joint Case Management Conference Statement no later than seven (7) days prior to the Initial Case Management Conference.

SO ORDERED.

Dated: April 9, 2015

_____
UNITED STATES DISTRICT COURT