Jason A. Geller, SBN 168149
jgeller@laborlawyers.com
Katarzyna W. Nowak, SBN 256977
knowak@laborlawyers.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Tel. 415/490-9000 | Fax: 415/490-9001

Attorneys for Defendants,
SAN FRANCISCO 49ERS, LTD.
and JED YORK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANTHONY LOZANO; KEITH YANAGI, <br><br> Plaintiffs, <br><br> vs. <br><br> SAN FRANCISCO 49ERS, LTD.; JED YORK; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 3:15-cv-00016-TEH <br><br> **MODIFIED** <br> **STIPULATION AND ~~PROPOSED~~ ORDER REFERRING PARTIES TO A MAGISTRATE JUDGE FOR PARTICIPATION IN AN EARLY SETTLEMENT CONFERENCE** <br><br> Hon. Thelton E. Henderson <br><br> JURY TRIAL DEMANDED <br><br> Complaint Filed: January 2, 2015 <br> Trial Date: TBD |

PLEASE TAKE NOTICE that the parties to this action, Plaintiffs ANTHONY LOZANO and KEITH YANAGI, and Defendants SAN FRANCISCO 49ERS, LTD. and JED YORK, hereby STIPULATE to be referred to a Magistrate Judge for the purpose of participating in an Early Settlement Conference.

The Parties also stipulate to a consolidated hearing date of October 5, 2015 as to Defendant Jed York's Motion to Dismiss Plaintiff Anthony Lozano's Complaint, Defendant San Francisco 49ers, LTD's Motion to Dismiss Plaintiff Anthony Lozano's Complaint and Defendant San Francisco 49ers, LTD and Jed York's Motion to Compel Arbitration, Or In The Alternative,

1    Dismiss Plaintiff Keith Yanagi's Complaint.

2           The Parties also stipulate to extend the briefing schedule as follows: Plaintiffs may file an

3    answering brief on or before September 21, 2015 and Defendants may file a reply brief on or before

4    September 28, 2015.

5           IT IS SO STIPULATED.

6

7    Dated: July 20, 2015                          _/s/ Jason A. Geller_____
                                                  JASON A. GELLER
8                                                 KATARZYNA W. NOWAK
                                                  FISHER & PHILLIPS LLP
9                                                 Attorneys for Defendants
                                                  SAN FRANCISCO 49ERS, LTD.
10                                                and JED YORK

11

12

13   Dated: July 20, 2015                          _/s/ David M. Poore_____
                                                  DAVID M. POORE
14                                                SCOTT A. BROWN
                                                  BROWN POORE LLP
15                                                Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### ~~PROPOSED~~ ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that the parties are reassigned to a Magistrate Judge for the purpose of participating in an Early Settlement Conference.  Defendant Jed York's Motion to Dismiss Plaintiff Anthony Lozano's Complaint, Defendant San Francisco 49ers, LTD's Motion to Dismiss Plaintiff Anthony Lozano's Complaint and Defendant San Francisco 49ers, LTD and Jed York's Motion to Compel Arbitration, Or In The Alternative, Dismiss Plaintiff Keith Yanagi's Complaint are scheduled to be heard on October ~~5~~ 19, 2015 with an amended briefing schedule as follows:  Plaintiffs may file an answering brief on or before September 21, 2015 and Defendants may file a reply brief on or before September 28, 2015.

SO ORDERED.


Dated: July _22_, 2015

_____
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
AS MODIFIED

Judge Thelton E. Henderson

STIPULATION AND PROPOSED ORDER REFERRING PARTIES TO A MAGISTRATE JUDGE FOR
PARTICIPATION IN AN EARLY SETTLEMENT CONFERENCE