1  Jason A. Geller, SBN 168149
   jgeller@laborlawyers.com
2  Katarzyna W. Nowak, SBN 256977
   knowak@laborlawyers.com
3  FISHER & PHILLIPS LLP
   One Embarcadero Center, Suite 2050
4  San Francisco, California 94111
   Tel. 415/490-9000 | Fax: 415/490-9001
5

6  Attorneys for Defendants,
   SAN FRANCISCO 49ERS, LTD.
7  and JED YORK

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 | ANTHONY LOZANO; KEITH YANAGI, | Case No.: 3:15-cv-00016-TEH |
|---|---|
13 | Plaintiffs, | **STIPULATION AND ~~PROPOSED~~ ORDER** |
14 | vs. | Hon. Thelton E. Henderson |
15 | SAN FRANCISCO 49ERS, LTD.; JED YORK, et al., | JURY TRIAL DEMANDED |
16 | Defendants. | Complaint Filed: January 2, 2015<br>Trial Date: TBD |

18

19     PLEASE TAKE NOTICE that the parties to this action, Plaintiffs ANTHONY LOZANO

20 and KEITH YANAGI, and Defendants SAN FRANCISCO 49ERS, LTD. and JED YORK, hereby

21 STIPULATE

22     1) In order to expeditiously complete the Early Settlement Conference within a 60 day

23        period of time, the parties request to be referred to Magistrate Judge Spero who has

24        availability for a full day Early Settlement Conference on October 6, 2015;

25     2) To relieve Magistrate Judge LaPorte in order to take part in an Early Settlement

26        Conference with Magistrate Judge Spero on October 6, 2015;

27     3) In light of the forthcoming Early Settlement Conference, to set the deadline for

28        Plaintiff Yanagi to respond to Defendants' Motion to Compel Arbitration, or in the

Alternative Motion to Dismiss; and for Plaintiff Lozano to respond to Defendant 49ERS' Motion to Dismiss and Defendant York's Motion to Dismiss to October 13, 2015;

4) Set Defendants' replies to Plaintiffs' responses to Defendants' Motion to Compel Arbitration, or in the Alternative Motion to Dismiss; Defendant 49ERS' Motion to Dismiss; and Defendant York's Motion to Dismiss to October 20, 2015;

5) Set the motion hearing currently set for October 19, 2015 to November 9, 2015 at 10:00AM.

IT IS SO STIPULATED.

Dated: August 4, 2015                    */s/ Jason A. Geller*
                                         JASON A. GELLER
                                         KATARZYNA W. NOWAK
                                         FISHER & PHILLIPS LLP
                                         Attorneys for Defendants
                                         SAN FRANCISCO 49ERS, LTD.
                                         and JED YORK

Dated: August 4, 2015                    */s/ David M. Poore*
                                         DAVID M. POORE
                                         SCOTT A. BROWN
                                         BROWN POORE LLP
                                         Attorneys for Plaintiffs

**~~PROPOSED~~ ORDER**

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that

1) Parties are reassigned from Magistrate Judge LaPorte to Magistrate Judge Spero for the purpose of taking part in an Early Settlement Conference;

2) Response by Plaintiff Yanagi's to Defendants' Motion to Compel Arbitration, or in the Alternative Motion to Dismiss; and Plaintiff Lozano to Defendant 49ERS' Motion to Dismiss and Defendant York's Motion to Dismiss are due October 13, 2015;

3) Defendants' replies to Plaintiffs' responses to Defendants' Motion to Compel Arbitration, or in the Alternative Motion to Dismiss; Defendant 49ERS' Motion to Dismiss; and Defendant York's Motion to Dismiss are due October 20, 2015;

4) The motion hearing is set for November 9, 2015 at 10:00AM.

SO ORDERED.

Dated: August  05 , 2015

_____
UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson]